FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IAN B.,[1] <br><br>                 Plaintiff, <br><br>       v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br>                 Defendant. | No.   1:25-cv-3178-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED.**

2.    This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to offer Plaintiff an opportunity for a hearing, take any action necessary to further develop the record, and issue a new decision.

3.    The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 14**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ORDER - 2

**DATED** this 14th day of April 2026.

Edward F. Shea

_____

EDWARD F. SHEA
Senior United States District Judge

ORDER - 3